UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



MAR - 2 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Benjamin T. Malcum          3559338

(Enter above the full name of the plaintiff
or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**

CIVIL ACTION NO. 2:21-cv-00142
(Number to be assigned by Court)

Brian Penick

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I. **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

           Yes  X        No _____

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

Plaintiffs: Benjamin T. Malcom 3559338

Defendants: Charles Moles

2. Court (if federal court, name the district: if state court, name the county):

Southern District of West Virginia

3. Docket Number: 2:21-CV-00107

4. Name of judge to whom case was assigned:

Honorable Dwane L. Tinsley, United States Magistrate Judge

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

Still Pending

6. Approximate date of filing lawsuit: Feb. 16 2021

7. Approximate date of disposition: Feb. 24, 2021

2

II. **Place of Present Confinement:** Mount Olive Correctional Complex

A. Is there a prisoner grievance procedure in this institution?

    Yes  X       No ____

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

    Yes  X       No ____

C. If your answer is YES:

    1. What steps did you take? Filed on unit mAnAger level and Appeaded To superintendent And commissioner

    2. What was the result? Denied

D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Benjamin MArcum  3559338

   Address: 1 MountAinside wAy  Mt. Olive, WV 25185

B. Additional Plaintiff(s) and Address(es): _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _Brian Penick_

is employed as: _Correctional Officer_

at _Mount Olive Correctional Complex_

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_See Attached Document_

IV.  **Statement of Claim (continued):**

_____
_____
_____
_____
_____
_____
_____
_____
_____

V.  **Relief**

<u>State briefly exactly what you want the court to do for you</u>. Make no legal arguments. Cite no cases or statutes.

See Attached Document
_____
_____
_____
_____
_____
_____
_____

V.  Relief (continued):

_____
_____
_____
_____
_____

VII.  Counsel

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        None

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes  X          No ____

If so, state the name(s) and address(es) of each lawyer contacted:

~~[struck through]~~ James F. Humphreys 112 Capital Street 2nd Floor Charleston WV 25301

Jason Huber 100 Capital Street Suit 400 Charleston WV, 25301 / Stroebel & Stroebel PoBox 2582 Charleston WV 25329

Robert J Frank and Ass. PLLC 900 W. Washington St, Ste E11 Lewisburg WV 24590

If not, state your reasons: _____

_____

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____          No  X

If so, state the lawyer's name and address:

_____

_____

Signed this __24__ day of __february__, 20 _21_.

_Bryon T. Penn  3559358_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __feb. 24  2021_____.
          (Date)

_Bryon T. Penn  3559358_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Benjamin Todd MARCUM
_____

Your full name

v.

Civil Action No.: 2:21-cv-00142 _____

Brian Penick
_____
_____
_____

Enter above the full name of defendant(s) in this action

## Certificate of Service

I, Benjamin T. MArcum _____ (your name here), appearing *pro se*, hereby certify that I have served the foregoing 42 USC 1983 Complaint _____(title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on _____(insert date here):


(List name and address of counsel for defendant(s))


_____BmT Bm 3555338_____
(sign your name)